

1  BENJAMIN B. WAGNER
   United States Attorney
2  BAYLEIGH J. PETTIGREW
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        CASE NO.   1:04-MJ-02226

12              Plaintiff,
                                    MOTION AND ORDER FOR DISMISSAL
13 v.

14 LUIS GAXIOLA,

15              Defendant.

16

17

18    The United States of America, by and through Benjamin B. Wagner,

19 United States Attorney, and Bayleigh J. Pettigrew, Special Assistant

20 United States Attorney, hereby moves to dismiss the Information filed

21 against Luis Gaxiola on or about November 12, 2004, without prejudice

22 in the interest of justice, pursuant to Rule 48(a) of the Federal

23 Rules of Criminal Procedure.

24
   DATED: May 8, 2015              Respectfully submitted,
25
                                    BENJAMIN B. WAGNER
26                                  United States Attorney

27                         By:      /s/ Bayleigh J. Pettigrew
                                    BAYLEIGH J. PETTIGREW
28                                  Special Assistant U.S. Attorney

                                    1
                                                      U.S. v. Gaxiola

**O R D E R**

IT IS HEREBY ORDERED that the Information filed on November 12, 2004, against Luis Gaxiola, be dismissed, without prejudice, in the interest of justice.

Dated: May 18, 2015

HON. GARY S. AUSTIN
United States Magistrate Judge

cc: USM

2

U.S. v. Gaxiola